FILED by ___ D.C.
ELECTRONIC

**SEP 18, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### 09-60243-CR-COHN/SELTZER

CASE NO. _____

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 1594(d)

**UNITED STATES OF AMERICA**

vs.

**ROBERT COX,**
    **a/k/a "Michael Morris,"**
    **a/k/a "Robnico Wilson,"**
    **a/k/a "Top Cat,"**
    **a/k/a "T.C.,"**

    **Defendant.**

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about April 12, 2009, through on or about September 4, 2009, in Broward

County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT COX,**
**a/k/a "Michael Morris,"**
**a/k/a "Robnico Wilson,"**
**a/k/a "Top Cat,"**
**a/k/a "T.C.,"**

did knowingly and willfully combine, conspire, confederate, and agree with others known and

unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce,

recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing,

and in reckless disregard of the fact, that the person had not attained the age of eighteen and

would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1); all in violation of Title 18, United States Code, Section 1594(c).

## COUNT 2

From or about April 12, 2009, through on or about May 14, 2009, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT COX,**
**a/k/a "Michael Morris,"**
**a/k/a "Robnico Wilson,"**
**a/k/a "Top Cat,"**
**a/k/a "T.C.,"**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, T.T., knowing, and in reckless disregard of the fact, that T.T. had not attained the age of eighteen and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 2.

## COUNT 3

From or about May 11, 2009, through on or about May 14, 2009, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT COX,**
**a/k/a "Michael Morris,"**
**a/k/a "Robnico Wilson,"**
**a/k/a "Top Cat,"**
**a/k/a "T.C.,"**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, C.Z., knowing, and in reckless disregard of the fact, that C.Z. had not attained the age of eighteen and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 2.

## CRIMINAL FORFEITURE ALLEGATION

1.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 981(a)(1)(C) and 1594(d), and the procedures outlined at Title 21, United States Code, Section 853.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1591(a)(1), as alleged in Counts 1 through 3 of the Indictment, the defendant shall forfeit to the United States: (a) pursuant to the provisions of Title 18, United States Code, Section 1594(d), the defendant's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation, and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violation; and (b) pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 28, United States Code, Section 2461(c); Title 18, United States Code Sections 981(a)(1)(C) and 1594(d); and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

SCOTT M. EDENFIELD
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ROBERT COX, a/k/a "Michael Morris,"
"Robnico Wilson," "Top Cat," and
"T.C.,"

                    Defendant
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | |
|---|---|
| _____ Miami | _____ Key West |
| __X__ FTL _____ WPB | _____ FTP |

New Defendant(s)          Yes _____    No _____
Number of New Defendants       _____
Total number of counts         _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     No _____
    List language and/or dialect

4.  This case will take     _5_     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                              (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court? (Yes or No)     No
    If yes:
    Judge: _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     Yes
    If yes:
    Magistrate Case No.     09-06332-mj-RSR
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of     September 04, 2009
    Defendant(s) in state custody as of     _____
    Rule 20 from the _____     District of _____

    Is this a potential death penalty case? (Yes or No)     No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     _____ Yes     __X__ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____ Yes     __X__ No

SCOTT EDENFIELD
ASSISTANT UNITED STATES ATTORNEY
Court Id. No. A5501041

*Penalty Sheet(s) attached

REV.4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **Robert Cox, aka " Michael Morris," "Robnico Wilson," "Top Cat, " and "T.C.,"**

**Case No:** _____

Count #:1

Conspiracy To Commit Sex Trafficking Of Children

Title 18, United States Code, Section 1954(c)

**\*Max. Penalty:**  Life Imprisonment

Counts #: 2 and 3

Sex Trafficking Of Children

Title 18, United States Code, Section 1591(a)(1),(b)(1), and 2

**\*Max. Penalty:**   Life Imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**