## Factual Proffer

FILED by _____ D.C.

SEP 2 4 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S.D. of FLA. – FT. LAUD.

On May 13, 2009, T.T., a minor female, was interviewed by law enforcement officers at the Hollywood Police Department. T.T. stated that she had been prostituted by an individual she knew as "T.C.," subsequently identified as Defendant Robert Cox. T.T. informed investigators that she had met Cox at a bus stop in Hollywood on or about April 12, 2009, when he and a woman known to T.T. as "Tender" approached her in a vehicle. During that meeting, Tender asked T.T. when she turned eighteen. T.T. replied that she would turn eighteen in November, 2009. At T.T.'s request, Cox and Tender drove T.T. to a mall. After dropping T.T. off, Cox gave T.T. his business card.

T.T. stated that she called the number on the business card a few days later and inquired about the modeling program. Cox picked up T.T. from a house near her residence and took her to a basketball court near the beach. Cox told T.T. that the job was not really modeling but was sex for money. Cox then bought T.T. some clothing and took her to a residence he identified as his brother's. At the apartment, the individual Cox identified as his brother created an advertisement for T.T. on the websites Craigslist and Backpage.

Cox then provided instructions to T.T. about how she was to answer the phone and how she was to respond to various requests. He instructed her that she was to charge $150 for a half hour and $200 for an hour. After receiving those instructions, Cox drove T.T. to a hotel near I-95. At the hotel, T.T.

answered phone calls but did not schedule any "dates." Cox became angry and told T.T. that she was not answering the phone correctly. He complained that he had already invested money in her and demanded that she have sex with him before he drove her home. T.T. complied with Cox' demand, and he then drove her home.

T.T. stated that she prostituted for Cox on later occasions. Cox provided T.T. a cellular phone for her use while prostituting for him. Cox told T.T. that the telephone number was posted on her Internet advertisements. Cox drove T.T. to locations where she had sex with men in exchange for payment. Cox also rented a hotel room for T.T. to meet men for sex. T.T. gave Cox the money she made from these encounters.

T.T. also stated that Cox told her that she could make more money if she recruited her friends to prostitute for him. She stated that another minor female, C.Z., prostituted for Cox after T.T. introduced C.Z. to Cox.

On May 14, 2009, law enforcement interviewed C.Z. C.Z. stated that Cox picked her and T.T. up at a bus stop on May 11 or 12, 2009. In the car, Cox asked C.Z. how old she was. C.Z. replied that she was sixteen years old.

C.Z. stated that on May 12, drove T.T. and her to a house and advised that he would wait outside. C.Z. and T.T. went inside the house and had sex with a man. C.Z. said that the "trick" gave money to T.T. before they left. Once in the car, C.Z. saw T.T. give the money to Cox.

On May 15, T.T., in the presence of law enforcement, made a recorded call to Cox. During that conversation, Cox asked where T.T. had been and

when he could pick her up. He told T.T. that he would pick her up anytime day or night. During the call, Cox also mentioned that T.T. would not be eighteen for awhile.

Phone records corroborate multiple contacts between Cox and T.T. In addition, surveillance records corroborate the D's conduct.