UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  09-60243-CR-COHN(s)

UNITED STATES OF AMERICA,

*Plaintiff,*

vs.

TIMOTHY MYERS, et al.,

*Defendant,*
_____/

**DEFENDANT, TIMOTHY MYERS'
MOTION IN LIMINE RE:  ASSOCIATION WITH A PROSTITUTE**

THE DEFENDANT, TIMOTHY MYERS**,** by and through the undersigned counsel, respectfully moves this Honorable Court to enter its Order in Limine, and in support thereof states:

1. The Defendant is charged by Superseding Indictment with various offenses relating to allegations of conspiracy to recruit a minor for commercial sex.

2. The Defendant's is self employed, providing escort services.  She has a criminal history involving allegations relating to prostitution.

3. The girlfriend is not charged in this Indictment.  She has had no contact with either T.T. or C.Z.  She is not alleged to be an unindicted co-conspirator and she has no involvement, either in fact or alleged in the instant criminal allegations.

4. Any evidence of either her current employment as an escort or her criminal history involving prostitution is entirely irrelevant to the matters to be tried.

5. It is submitted that the effect of such evidence, in a trial involving allegations of commercial sex, will lead the jury to speculate that Mr. Myers was involved rather than rely

*USA v. Myers, et al*
*Case No. 09-60243-CR-COHN*
upon the evidence introduced in the trial of this cause

      6. Clearly, the prejudicial effect of such evidence will far outweigh any probative value.

      7. On March 1, 2010, the undersigned conferred with AUSA Edenfield, who advised that the Government will oppose the relief sought herein.

      WHEREFORE, the Defendant respectfully moves this Honorable Court to enter its Order in limine precluding the Government from introducing evidence of advertisements on Craigslist other than those disclosed in discovery and which purport to the advertisements for T.T. and C.Z.

      Respectfully submitted,
JEFFREY D. WEINKLE, ESQ.
Biscayne Building
19 West Flagler Street, Suite 407
Miami, F:L 33130
Tel: (305) 373-4445
Fax: (305) 377-2324

*/s/ Jeffrey D. Weinkle*
JEFFREY D. WEINKLE, ESQ.
FBN.: 271934

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 1, 2010, I electronically filed the foregoing document with the clerk of the court using CM/ECF.

*s/ Jeffrey D. Weinkle*
JEFFREY D. WEINKLE, ESQ.