UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60243-CR-COHN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT COX,
TIMOTHY MYERS

        Defendant.
_____/

QUESTION/NOTE FROM THE
<u>JURY TO THE COURT</u>

Your Honor we have reached a verdict.